COLLINS v. LUFFMAN

No. 197P01

Case below: 142 N.C. App. 522

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 June 2001. Conditional petition by plaintiff as to additional issues for discretionary review pursuant to G.S. 7A-31 dismissed as moot 11 June 2001.

DAVIDSON v. UNIV. OF N.C. AT CHAPEL HILL

No. 243P01

Case below: 142 N.C. App. 544

Petition by defendant for writ of supersedeas denied 19 July 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001. Alternative petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 July 2001. Conditional petition by plaintiff for discretionary review as to additional issues pursuant to G.S. 7A-31 denied 19 July 2001. Temporary stay dissolved 19 July 2001.

DEVANEY v. CITY OF BURLINGTON

No. 299P01

Case below: 143 N.C. App. 334

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

ERWIN v. TWEED

No. 240P01

Case below: 142 N.C. App. 643

Petition by unnamed defendant (N.C. Farm Bureau Mutual Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.